**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6494**

DOUGLAS A. HOGLAN,

              Plaintiff - Appellant,

        v.

A. DAVID ROBINSON; RATLIFFE-WALKER; BIRCKHEAD; C. EACHO,

              Defendants - Appellees,

        and

MELISSA WELCH, Chair for the VDOC'S Publication Review Committee,

              Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:15-cv-00694-JLK-RSB)

Submitted:  October 1, 2018                          Decided:  October 5, 2018

Before DUNCAN, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas A. Hoglan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas A. Hoglan appeals the district court's order granting summary judgment for the Appellees on Hoglan's 42 U.S.C. § 1983 (2012) claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoglan v. Robinson*, No. 7:15-cv-00694-JLK-RSB (W.D. Va. Mar. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*